# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jasma Tera McNeill                               Docket No. 5:20-CR-334-9H

### Petition for Action on Conditions of Pretrial Release

COMES NOW Keith W. Lawrence, Senior U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Jasma Tera McNeill, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 14th day of August, 2020.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On August 14, 2020, the defendant was released on pretrial conditions to include home detention with radio frequency monitoring. Due to the defendant's current employment and not being able to provide adequate verification, on-going medical appointments, child care and the request for constant leave changes, we would respectfully request that the defendant's home detention restriction be modified to include Global Positioning Satellite (GPS) instead of the current radio frequency. We believe that the use of GPS technology will allow us to verify her whereabouts during her time away from her residence. Furthermore, the defendant's attorney and the Assistant United States Attorney were contacted, and they have no objection to the modification.

**PRAYING THAT THE COURT WILL ORDER**

- The current technology (Radio Frequency) used for location monitoring be changed to Global Positioning Satellite.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Keith W. Lawrence
Keith W. Lawrence
Senior U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2538
Executed On: December 4, 2020

### ORDER OF THE COURT

Considered and ordered on December 4, 2020. It is further ordered that this document shall be filed and made a part of the records in the above case.

/s/ Robert T. Numbers II
Robert T. Numbers, II
United States Magistrate Judge